**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

No. 1:20-MJ-2616-BECERRA

**UNITED STATES OF AMERICA**

vs.

**ROLANDO RODRIGUEZ-LUGO,**

    Defendant.
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  ___ Yes _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? _ Yes _x_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
Frederic C. Shadley
Assistant United States Attorney
Court ID No. A5502298
11200 N.W. 20th Street
Miami, Florida 33172
(305) 715-7649
(305) 715-7639 (fax)
Frederic.Shadley@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Rolando Rodriguez-Lugo,<br><br>_Defendant(s)_ | )<br>)<br>)  Case No. 1:20-MJ-2616-BECERRA<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 17, 2020__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B) | Possession with Intent to Distribute 500 grams or more of cocaine |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent Steve Catherman, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __4.18.2020__

_Judge's signature_

City and state: __Miami, FL__

Hon. Jacqueline Becerra, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Steven Catherman, being duly sworn, hereby depose and state the following:

1. I am currently assigned as a Special Agent with the Federal Bureau of Investigation (FBI) in Miami, Florida and have worked in this capacity since May, 2016. Prior to becoming an FBI Agent, I worked as a police Officer with the Tullytown Borough Police Department and the Abington Township Police Department from 2006-2016. I have worked in law enforcement for a total of 14 years. My official FBI duties include investigating criminal violations of federal narcotics laws. I have also been involved in various types of visual and electronic surveillances, and I have been involved in the debriefing of defendants, witnesses, informants, and others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from drug trafficking. I am familiar with the ways in which drug traffickers conduct their business, including but not limited to their methods of importing and distributing narcotics. As a law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, I am empowered by law to conduct investigations of and make arrests for, but not limited to, offenses enumerated in Titles 18, 21 and 46 of the United States Code.

2. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint against ROLANDO RODRIGUEZ-LUGO for Possession with Intent to Distribute 500 grams or more of Cocaine in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

3. On or about April 17, 2020, law enforcement established surveillance in the area of 7535 West 34th Lane, Hialeah, Florida (the "Residence") in relation to an ongoing narcotics investigation. Law enforcement had previously observed an individual ("Target 1") visit that

location to pick up money to purchase five kilograms of cocaine. Target 1 left his co-conspirator "Pollo" at the Residence when he left with the money. Target 1 had told a law enforcement CS that he had picked up the money from that address in order to purchase five kilograms of cocaine from the CS. Target 1 was later stopped and arrested with that money, on the way to purchase five kilograms of cocaine. A K-9 sniff was conducted on the money, and the K-9 gave a positive indication for the presence of narcotics on the money.

4. After Target 1 was stopped by law enforcement, law enforcement saw RODRIGUEZ-LUGO arrive at the Residence in a blue Honda with heavy black tints in the windows. RODRIGUEZ-LUGO exited the vehicle and entered the residence carrying a black bag. A short time later, RODRIGUEZ-LUGO exited with the same bag in his hand. RODRIGUEZ-LUGO then entered the blue Honda and drove away from the residence.

5. Law enforcement conducted a traffic stop on RODRIGUEZ-LUGO'S vehicle, and determined that RODRIGUEZ-LUGO was: (1) driving on a suspended license; and (2) had an outstanding arrest warrant. As such, RODRIGUEZ-LUGO was taken into custody. An inventory search was conducted of RODRIGUEZ-LUGO'S vehicle. Upon searching the vehicle, law enforcement located a shoe box in the rear passenger seat containing a white brick-shaped object of suspected cocaine and a black back-pack containing $12,500.00. The cocaine was field tested, and confirmed positive for cocaine.

6. RODRIGUEZ-LUGO was read his *Miranda* rights at the scene of the traffic stop. After waiving those rights and agreeing to speak with law enforcement, RODRIGUEZ-LUGO stated that the drugs and money were his and that he had bought them from the efficiency apartment of the Residence.

7. Based on the foregoing facts, I submit that probable cause exists to believe that ROLANDO RODRIGUEZ-LUGO possessed with the intent to distribute 500 grams or more of cocaine, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B)(ii).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____  4-18-20
Steven Catherman
Special Agent
Federal Bureau of Investigation

Attested to in accordance with the requirements of
Federal Rule of Criminal Procedure 4.1 by Telephone

this __18_ day of April, 2020
in Miami, Florida.

_____
The Honorable Jacqueline Becerra
United States Magistrate Judge

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NUMBER:** 1:20-MJ-2616-BECERRA

**BOND RECOMMENDATION**

DEFENDANT: _____

_____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
**AUSA:**

Last Known Address: _____

_____

What Facility: _____

_____

Agent(s): _____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)